**FILED**

06/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0233



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0233

JASON C. MILLER,

        Petitioner and Appellee,

    v.

ERIN O. MILLER,

                                        ORDER OF MEDIATOR APPOINTMENT

        Respondent and Appellant,

    v.

CHRISTIAN F. MILLER,

        Intervenor and Appellee.

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Autumn Thompson-Irish,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this June 11, 2021.

Bowen Greenwood, Clerk of the Supreme Court

c:     Molly K. Howard,  mhoward@dmllaw.com
        Klaus D. Sitte, ASUM Legal Services, klaus.sitte@mso.umt.edu
        Jason C. Miller, 3045 Snowdrift Lane, Missoula, MT 59808
        Autumn Thompson-Irish, autumn@missoulafamilylaw.com